DONALD ALVES *vs.* SUPERINTENDENT OF BUILDINGS OF NEW BEDFORD. June 7, 1973. One reason these appeals by the respondent and the

interveners cannot succeed is that they were not claimed within twenty days of the entry of an order "decisive of the case" (G. L. c. 231, § 96), nor within twenty days of an "order decisive of the issues rendered . . . by the superior court" (G. L. c. 213, § 1D, as amended), nor within twenty days of the time when, on a proper construction of the provisions of Rule 79 of the Superior Court (1954), the case went to "final judgment" (G. L. c. 213, § 1D).

*Appeals dismissed.*

*Benjamin M. Gottlieb (Ronald J. Lowenstein* with him) for the interveners Alden Corrugated Container Corporation & another; *Roy D. Santos,* Assistant City Solicitor, for the respondent Superintendent of Buildings of New Bedford, also with him.

*John D. Sheehan* for the petitioner.